**Appeal Dismissed and Memorandum Opinion filed February 24, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00017-CV

---

**JOSE GAMEZ, SR., Appellant**

**V.**

**GLAUSY HERNANDEZ, Appellee**

---

**On Appeal from the 459th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-23-003466**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 3, 2025. The notice of appeal was filed December 30, 2025. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (appellate fees and costs).

On January 30, 2026, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further notice.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.